Maurice Oakley CLAY, Plaintiff–Appellant,

v.

Ann STOPHEL, sued in her individual capacity; Doctor Wray, sued in his individual capacity; J.L. Gowan, M.D., sued in his individual and official capacity, Defendants–Appellees,

and

Mike Salyer, sued in his individual capacity; Doctor Ohai, sued in his individual capacity, Defendants.

No. 06–6721.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 3, 2006.

Decided: Nov. 21, 2006.

Maurice Oakley Clay, Appellant Pro Se. Henry Smith Keuling–Stout, Keuling–Stout, PC, Big Stone Gap, Virginia; Samuel Lawrence Dumville, Norris & St. Clair, PC, Virginia Beach, Virginia; Coreen Antoinette Bromfield, Rawls & McNelis, PC, Richmond, Virginia, for Appellees.

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Oakley Clay appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Clay v. Stophel,* No. 2:04–cv–00590–WDK, 2006 WL 721355 (E.D.Va. Mar. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*